IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**HALEY TUCKER,**
    **Plaintiff,**

No. 1:21-cv-00736-SCY-JFR

    v.

**UNIVERSITY OF NEW MEXICO**
**BOARD OF REGENTS, in their individual and official capacities;**
**UNIVERSITY OF NEW MEXICO SCHOOL OF LAW;**
**DEAN SERGIO PAREJA, in his individual and official capacity;**
    **Defendants.**

## JOINT MOTION TO DISMISS WITH PREJUDICE

The Parties, by and through their counsel of record, jointly move the Court for an Order dismissing Plaintiff's First Amended Complaint in the above-captioned matter, with prejudice, with each party to bear their own attorney's fees and costs. As grounds for this Motion, the Parties state that all matters in controversy have been fully settled and compromised. A Stipulated Order will be submitted to the Court following the filing of this Motion with the Clerk of the Court.

WHEREFORE, the Parties respectfully request the entry of an Order of Dismissal of Plaintiff's Complaint with prejudice, and for such other and further relief as the Court deems proper.

Respectfully Submitted,

NEW MEXICO LEGAL AID, INC.

*/s/ Derek Garcia 07/25/23 3:48 pm*
Derek V. Garcia
Michelle S. Garcia
P.O. Box 25486
Albuquerque, NM  87125
(505) 243-7871 (office)
(505) 768-6120 (direct)
derekg@nmlegalaid.org
michelleg@nmlegalaid.org
*Attorneys for Plaintiff*

1

                                                           CONKLIN, WOODCOCK & ZIEGLER, P.C.

                                                           */s/ Philip Hunteman*
                                                           John K. Ziegler
                                                           Philip Hunteman
                                                           320 Gold Ave. SW, Suite 800
                                                           Albuquerque, NM 87102
                                                           (505) 224-9160
                                                           (505) 224-9161 (fax)
                                                           jkz@conklinfirm.com
                                                           pbh@conklinfirm.com
                                                           ***Attorneys for Defendants***

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing was filed with the United States District Court for the District of New Mexico's CM/ECF e-filing system on July 26, 2023, which caused service upon all parties through counsel of record.

*/s/ Philip Hunteman*
Philip Hunteman