IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HALEY TUCKER,
      Plaintiff,

                                No. 1:21-cv-00736-SCY-JFR

v.

UNIVERSITY OF NEW MEXICO
BOARD OF REGENTS, in their individual and official capacities;
UNIVERSITY OF NEW MEXICO SCHOOL OF LAW;
DEAN SERGIO PAREJA, in his individual and official capacity;
      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court upon a Joint Motion to Dismiss with Prejudice on the grounds that all matters in controversy have been fully settled and compromised, and the Court having read said pleadings and being fully advised in the premises, FINDS that this Court has jurisdiction over the parties and the subject matter of said case, and that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the First Amended Complaint and all causes of action filed or that could have been filed against Defendant are hereby dismissed with prejudice with each party bearing their own attorney's fees and costs incurred in the matter.

_____
HON. STEVEN C. YARBROUGH
United States Magistrate Judge

Submitted and Approved By:

NEW MEXICO LEGAL AID, INC.

*/s/ Derek Garcia 07/25/23 3:47 pm*
Derek V. Garcia
Michelle S. Garcia
P.O. Box 25486
Albuquerque, NM  87125
(505) 243-7871 (office)
(505) 768-6120 (direct)
derekg@nmlegalaid.org
michelleg@nmlegalaid.org
**Attorneys for Plaintiff**


CONKLIN, WOODCOCK & ZIEGLER, P.C.

*/s/ Philip Hunteman*
John K. Ziegler
Philip Hunteman
320 Gold Ave. SW, Suite 800
Albuquerque, NM 87102
(505) 224-9160
(505) 224-9161 (fax)
jkz@conklinfirm.com
pbh@conklinfirm.com
**Attorneys for Defendants**